## Savage Unemployment Compensation Case. Pittsburgh Pipe and Coupling Company, Appellant, v. Unemployment Compensation Board of Review.

Argued November 13, 1959. Before HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (RHODES, P. J., absent).

*Donald M. Birch,* with him *William J. Kenney,* and *Kenney, Stevens, Hill & Clark,* for appellant.

*Sydney Reuben,* Assistant Attorney General, with him *Anne X. Alpern,* Attorney General, for appellee.

OPINION PER CURIAM, December 17, 1959:

The six judges who heard the argument of this case were equally divided in opinion; the decision accordingly is affirmed.